## THE KING *vs.* J. H. REEVE.

EXCEPTIONS TO REFUSAL OF CIRCUIT COURT, THIRD JUDICIAL
CIRCUIT, TO ENTERTAIN MOTION FOR NEW TRIAL.

JULY TERM, 1888.

JUDD, C.J., McCULLY, PRESTON, BICKERTON and DOLE, JJ.

Circuit Courts cannot grant new trials in criminal cases.

*The King vs. Kaona,* 3 Hawn., 118; *The King vs. Cornwell, Ibid,*
154; *The King vs. Apuna, Ibid,* 166; approved and followed.

Exceptions overruled.

### OPINION OF THE COURT, BY BICKERTON, J.

This case came on for trial on the seventh day of May, 1888, at
the May Term of the Circuit Court of the Third Judicial Circuit
held at Hilo, Mr. Justice McCully presiding. The jury returned
a unanimous verdict of guilty, to which verdict the de-
fendant duly excepted, and then and there gave notice of
a motion for a new trial. On the 10th of May, 1888, defen-
dant duly presented to the Circuit Court a motion for a new trial,
accompanied by two affidavits of J. H. Reeve, the defendant.
On the same day the Court declined jurisdiction and refused to
entertain the motion, and defendant duly excepted; and the
matter now comes to this Court on a duly allowed bill of
exceptions.

### BY THE COURT.

The only exception before us is to the Circuit Court's
declining jurisdiction and refusing to entertain the motion.
The question as to Circuit Courts granting new trials in criminal
cases has been fully settled in the cases of *The King vs. Kaona,*
3 Hawn., 118; *The King vs. Cornwell,* 3 Hawn., 154; *The King
vs. Apuna,* 3 Hawn., 166; where it is held that "Circuit Courts
cannot grant new trials in criminal cases." These cases are
conclusive in this case before us, and after hearing the argument
of counsel we see no reason for overruling them.

The ruling of the Circuit Court declining jurisdiction is accordingly affirmed, and the exceptions are overruled.

*A. P. Peterson* (Deputy Attorney-General), for the Crown.

*D. H. Hitchcock* and *C. Creighton*, for defendant.